UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYAN LIU, GUIZHEN LI, LIBERATO TENELEMA, FENG WU DU, SHUI XIN MO, CHONG CHEN, and JUN GENG LI, <br><br> Plaintiffs, <br><br> -v.- <br><br> CANTEEN 82 INC., ALLEN LI, SONG ZHENG, and YEH CHING, <br><br> Defendants. | 17 Civ. 7862 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

On December 12, 2019, the Court was notified that the parties reached a settlement on all issues in mediation. (Minute Entry for 12/12/19). The parties are hereby ORDERED to submit their settlement agreement by **December 20, 2019** for the Court's review in light of *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated: December 13, 2019
New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge