**MEMO ENDORSED**

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

January 21, 2020

<u>VIA ECF</u>
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

          RE:     <u>Liu et al v. Canteen 82 Inc. et al</u>
                  CASE NO 1:17-cv-07862-KPF

*Consent Letter Motion for Extension of Discovery*

Dear Judge Failla:

    This office represents the plaintiffs in the above-referenced matter. With consent of We write to request a two-week extension through February 5, 2020. This is the second time for the parties to request an extension to submit the settlement agreement. The currently deadline is January 20, 2020 pursuant to the Court's Order dated December 18, 2019.

    The impetus for the instant application is that the parties are still exchanging drafts and would require additional time to finalize the draft.

    In light of the above, we respectfully request that the Court grant the instant motion for extension.

    We appreciate the Court's time and attention in this matter.

                            Respectfully submitted,
                            Hang & Associates, PLLC

                            By:   *s/ Ge Qu*
                                 Ge Qu

CC:
Carolyn J. Shields, Esq.
*Counsel for defendants*

Application GRANTED.  No further extensions will be granted.

Dated: January 21, 2020        SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE