**MEMO ENDORSED**

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

March 1, 2020

<u>VIA ECF</u>
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

RE: Liu et al v. Canteen 82 Inc. et al
CASE NO: 1:17-cv-07862-KPF

Letter Motion for Extension of Time to Submit Settlement Agreement

Dear Judge Failla:

This office represents the plaintiffs in the above-referenced matter. We write respectfully to request a one-week extension, i.e., through March 6, 2020 to submit the settlement agreement for Court approval.

On February 12, 2020, the Court ordered the parties to "meet and confer with regard to whether this case can be settled without respect to the three Plaintiffs who have not signed the settlement agreement." (Dkt. No. 76). Counsel for both parties conferred and confirmed that the parties intend to resolve this matter between the settling plaintiffs and defendants without respect to the plaintiffs who opted out of the settlement agreement. Therefore, the undersigned respectfully request a brief extension to revise the settlement as proportional adjustment of the settlement sum, among other things, is contemplated. The parties are still reviewing and exchanging drafts as of the filing of this application.

We appreciate the Court's time and attention in this matter.

Respectfully submitted,

By: <u>  s/ Ge Qu       </u>
Ge Qu

CC:
Carolyn J. Shields, Esq.

Application GRANTED.  However, no further extensions will be granted.

Dated: March 2, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE