UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYAN LIU *et al*,<br><br>      Plaintiffs,<br><br>    -v.-<br><br>CANTEEN 82 INC. *et al*,<br><br>      Defendants. | 17 Civ. 7862 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties in this matter are hereby ORDERED to provide an update regarding the status of their settlement on or before **June 26, 2020**.

  SO ORDERED.

Dated: June 9, 2020
     New York, New York

                    *[signature]*
                 KATHERINE POLK FAILLA
                 United States District Judge