UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOYAN LIU, GUIZHEN LI, LIBERATO TENELEMA, FENG WU DU, SHUI XIN MO, CHONG CHEN, and JUN GENG LI,

                    Plaintiffs,

-v.-

CANTEEN 82 INC., ALLEN LI, SONG ZHENG, and YEH CHING,

                    Defendants.

17 Civ. 7862 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    Discovery in this case closed on September 30, 2019. (Dkt. #68). On December 12, 2019, the Court was notified that the parties reached a settlement on all issues in mediation. (Minute Entry for 12/12/19). However, the parties never consummated the settlement agreement. On June 26, 2020 Defendants informed the Court that they are out of business and without sufficient resources to settle on the terms reached at the mediation. (Dkt. #87). The Court ordered Plaintiffs to notify the Court on or before July 3, 2020 as to how they would like to proceed with this case. (Dkt. #88).

    On July 9, 2020, Plaintiffs submitted a letter to the Court requesting that the Court restore this matter to the Court's calendar and a 60-day period to complete remaining discovery. (Dkt. #89). Defendants submitted a letter to the Court the same day requesting a pre-motion conference for their anticipated motion for partial summary judgment. (Dkt. #90).

Accordingly, the parties are ORDERED to appear for a telephone conference on **July 24, 2020, at 11:30 a.m.** to discuss Plaintiffs' request for further discovery and Defendants' request to file a motion for partial summary judgment. The dial-in information is as follows: At 11:30 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:30 a.m.

SO ORDERED.

Dated: July 10, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge