UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOYAN LIU, GUIZHEN LI, LIBERATO TENELEMA, FENG WU DU, SHUI XIN MO, CHONG CHEN, and JUN GENG LI,

                Plaintiffs,

-v.-

CANTEEN 82 INC., ALLEN LI, SONG ZHENG, and YEH CHING,

                Defendants.

17 Civ. 7862 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On December 11, 2020, the Court held a hearing on attorney Carolyn Shields's motion to withdraw as counsel for Defendant Allen Li. (Dkt. #111). Ms. Shields's motion is GRANTED. The Clerk of Court is directed to terminate Ms. Shields as counsel for Defendant Allen Li.

As discussed during the conference, Ms. Shields is directed to provide to Plaintiffs' counsel the most recent contact information she has for Defendants Allen Li and Ching Yeh.

SO ORDERED.

Dated:   December 11, 2020
         New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge