UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAOYAN LIU, GUIZHEN LI, LIBERATO
TENELEMA, FENG WU DU, SHUI XIN
MO, CHONG CHEN, and JUN GENG
LI,

                        Plaintiffs,                         17 Civ. 7862 (KPF)

            -v.-                                            ORDER

CANTEEN 82 INC., ALLEN LI, SONG
ZHENG, and YEH CHING,

                        Defendants.

---

KATHERINE POLK FAILLA, District Judge:

        It is the Court's understanding that due to Defendants' failure to

participate in this matter, Plaintiffs intend to pursue default judgment.

Plaintiffs are hereby ORDERED, on or before **February 26, 2021**, to move for

default judgment or to inform the Court in writing why they have not done so.

        SO ORDERED.

Dated:   February 3, 2021
         New York, New York

                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge