UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Xiaoyan Liu, Guizhen Li, Liberato
Tenelema, Feng Wu Du, Shui Xin Mo,
Chong Chen, Jun Geng Li, Individually
and on Behalf of All Other Employees
Similarly Situated,

Case No: 1:17-cv-07862-KPF

                        Plaintiffs,

**NOTICE OF MOTION**

v.

Canteen 82 Inc. d/b/a Canteen 82,
Steam Noodle House, Inc.,
Steamer Dumpling House Inc.,
Allen Li,
Yeh Ching, and
Song Zheng,

**MEMO ENDORSED**

                        Defendants.
------------------------------------------------------------------------X

COME NOW Plaintiffs Xiaoyan Liu, Liberato Tenelama, Feng Wu Du, and Chong Chen ("Moving Plaintiffs"), by and through their undersigned attorneys, hereby move this Court at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Katherine Polk Failla, at a time and date to designated by the Court, for an order, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, granting leave to seek entry of default against defendants Canteen 82 Inc., Yeh Ching, and Allen Li.

Dated: Flushing, New York
       February 8, 2021

HANG & ASSOCIATES, PLLC.

By:_____s/ *Ge Qu*_____
Ge Qu, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718.353.8588
E-mail: rqu@hanglaw.com
*Attorneys for Moving Plaintiffs*

Application GRANTED. Plaintiffs Xiaoyan Liu, Liberato Tenelama, Feng Wu Du, and Chong Chen may pursue default judgment in accordance with the procedure set forth in the Court's Individual Rules of Practice in Civil Cases, Attachment A.  All materials should be filed electronically via ECF.

Dated:  February 9, 2021
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE