UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Xiaoyan Liu, Guizhen Li, Liberato Tenelema,
Feng Wu Du, Shui Xin Mo, Chong Chen,
Jun Geng Li, Individually and on Behalf
of All Other Employees Similarly Situated,

                Plaintiffs,                Civil Docket No.: 1:17-cv-07862

                -against-                **DEFAULT JUDGMENT**

Canteen 82 Inc. d/b/a Canteen 82,
Steam Noodle House, Inc.,
Steamer Dumpling House Inc.,
Allen Li, Yeh Ching, and Song Zheng,

                Defendants.
------------------------------------------------------------X

This cause comes before this Court upon the order to show cause for default judgment by Plaintiffs Xiaoyan Liu and Liberato Tenelema ("Plaintiffs"), against Canteen 82 Inc., Allen Li, and Yeh Ching ("Defendants"). After careful consideration of Plaintiffs' moving papers, combined with the Court's familiarity with the allegations in this case, the application is granted.

This action having been commenced on October 12, 2017 by the filing of the Complaint. Defendants Canteen 82 Inc. and Yeh Ching answered the complaint but otherwise failed to defend this matter. Defendant Allen Li failed to file an answer. Certificates of default were entered by the Clerk of Court on February 11, 2021. Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. That Defendants shall be liable to Plaintiffs Xiaoyan Liu and Liberato Tenelema, jointly and severally, in the amount of $35,092.08 with interest at 9% from May 26, 2017 up to the date of judgment, amounting to $12,563.93; statutory damages in the amount of

$20,000; liquidated damages in the amount of $35,092.08, reasonable attorney's fees in the amount of $37,919.20; plus costs and disbursements of this action in the amount of $1,807.84, amounting in all to $142,475.14.

Dated: May 17, 2021
       New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge