UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOYAN LIU, LIBERATO TENELEMA, FENG WU DU, and CHONG CHEN,<br><br>                               Plaintiffs,<br><br>                    -v.-<br><br>CANTEEN 82 INC., ALLEN LI, and YEH CHING,<br><br>                               Defendants. | 17 Civ. 7862 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

During a default judgment hearing held on May 12, 2021, Plaintiffs' counsel, Ge Qu, informed the Court that communications between counsel and Plaintiffs Feng Wu Du and Chong Chen had ceased and thus counsel sought to withdraw from his representation of those two Plaintiffs. (Minute Entry for May 12, 2021). The same day, the Court entered an Order to Show Cause why counsel should not be permitted to withdraw from the representation and why the matter should not be dismissed as to Plaintiffs Feng Wu Du and Chong Chen for failure to prosecute. (Dkt. # 143). Plaintiffs Du and Chen were ordered to file opposition papers on or before June 3, 2021, and to appear for a hearing on June 11, 2021, and were advised that failure to respond would result in dismissal of the action as to them. (*Id.*). Du and Chen neither filed opposition papers nor appeared for the hearing.

Accordingly, Attorney Qu's motion to withdraw as counsel is GRANTED, and this action is hereby DISMISSED as to Plaintiffs Feng Wu Du and Chong Chen. As all claims have now been resolved, the Clerk of Court is directed to

terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  June 11, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge